Caption in Compliance with D.N.J. LBR 9004-2(c)

Nathan Van Embden, Esquire
21 East Main Street
P.O. Box 428
Millville, New Jersey 08332
Attorney ID# NV2911

**Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Louis H. Dupee
    Cindee L. Dupee

Case No.: 18-34025

Adv. No.:

Hearing Date: March 5, 2019

Judge: ABA

## ORDER PERMITTING CO - DEBTOR AS POA FOR DEBTOR LOUIS H. DUPEE TO ATTEND 341A HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Louis H. Dupee & Cindee L. Dupee

Case No.: 18-34025/ABA

**Caption of Order: ORDER PERMITTING CO - DEBTOR AS POA FOR DEBTOR LOUIS H. DUPEE TO ATTEND 341A HEARING**

THIS MATTER having come before the Court by Nathan Van Embden, Esquire, attorney for the debtor, Louis H. Dupee, on motion to permit the co- debtor, Cindee L. Dupee to attend the 341A hearing on his behalf and the Court having considered the argument of counsel and Certification submitted therewith; and upon good cause shown:

ORDERED AND ADJUDGED as follows:

1) The Co-Debtor, Cindee L. Dupee may attend the 341A hearing on behalf of her husband, Louis H. Dupee.