UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Nathan Van Embden, Esquire
21 East Main Street
P.O. Box 428
Millville, New Jersey 08332
Attorney ID# NV2911



Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Louis H. Dupee
    Cindee L. Dupee

Case No.: 18-34025

Adv. No.:

Hearing Date: March 5, 2019

Judge: ABA

## ORDER PERMITTING CO - DEBTOR AS POA FOR DEBTOR LOUIS H. DUPEE TO ATTEND 341A HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 5, 2019**

_/s/ Andrew B. Altenburg, Jr._

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-34025-ABA    Doc 20    Filed 05/07/19    Entered 03/08/19 00:33:01    Desc Imaged
Certificate of Notice    Page 2 of 3
Proposed Order

(Page 2)

Debtor:     Louis H. Dupee & Cindee L. Dupee

Case No.:   18-34025/ABA

<u>Caption of Order:</u>  <u>ORDER PERMITTING CO - DEBTOR AS POA FOR DEBTOR LOUIS H. DUPEE TO ATTEND 341A HEARING</u>

THIS MATTER having come before the Court by Nathan Van Embden, Esquire, attorney for the debtor, Louis H. Dupee, on motion to permit the co- debtor, Cindee L. Dupee to attend the 341A hearing on his behalf and the Court having considered the argument of counsel and Certification submitted therewith; and upon good cause shown:

ORDERED AND ADJUDGED as follows:

1) The Co-Debtor, Cindee L. Dupee may attend the 341A hearing on behalf of her husband, Louis H. Dupee.

United States Bankruptcy Court
District of New Jersey

In re:  
Louis H Dupee  
Cindee L Dupee  
    Debtors

Case No. 18-34025-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 05, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db/jdb        +Louis H Dupee,    Cindee L Dupee,    1007 Louis Drive,    Millville, NJ 08332-3951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
poa*          +Cindee L Dupee,    1007 Louis Drive,    Millville, NJ 08332-3951  
                                                                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor    ABS REO Trust VI kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nathan Van Embden    on behalf of Joint Debtor Cindee L Dupee nve@nvanembden.com, lstyles@nvanembden.com  
         Nathan Van Embden    on behalf of Debtor Louis H Dupee nve@nvanembden.com, lstyles@nvanembden.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                                    TOTAL: 7