| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Cindee L. Dupee | Case No.:<br>Chapter:<br>Judge: | 18-34025-ABA<br>13<br>Andrew B. Altenburg, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Cindee L. Dupee_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/28/2024                              _Cindee Dupee_____
                                             Debtor's Signature

### IMPORTANT:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a __completed__ Certification in Support of Discharge.

*rev.8/1/18*